UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYES RUIZ-ORTIZ ) | |
| ) | |
| v. ) | C.A. No. B03-226 |
| ) | |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT ) | INS A No. 90 877 983 |
| DIRECTOR FOR INTERIOR ENFORCEMENT, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

### ORDER

The Petitioner's Unopposed Motion for Abatement having been duly filed in the above-entitled proceeding, the Court having considered the Motion and having determined that the Motion should be granted, it is

**Ordered** that the Petitioner's Unopposed Motion for Abatement be and hereby is granted in all things; the case shall be held in abeyance until a final, non-appealable dispositive order is entered in *Salazar-Regino v. Trominski* now on appeal to the Court of Appeals for the Fifth Circuit as Case No.03-41492, following which the parties shall be given sixty (60) days of the entry of said order to file any additional pleadings in this matter during which time the removal of **Reyes Ruiz-Ortiz** shall be stayed until further order of this Court.

Dated: 1-19-04, ~~2003~~

_____
**Felix Recio**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYES RUIZ-ORTIZ ) | |
| ) | |
| ) | |
| v. ) | C.A. No. __B03-226__ |
| ) | |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT ) | INS A No. 90 877 983 |
| DIRECTOR FOR INTERIOR ENFORCEMENT, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

## ORDER

The Petitioner's Unopposed Motion for Abatement having been duly filed in the above-entitled proceeding, the Court having considered the Motion and having determined that the Motion should be granted, it is

**Ordered** that the Petitioner's Unopposed Motion for Abatement be and hereby is granted in all things; the case shall be held in abeyance until a final, non-appealable dispositive order is entered in *Salazar-Regino v. Trominski* now on appeal to the Court of Appeals for the Fifth Circuit as Case No.03-41492, following which the parties shall be given sixty (60) days of the entry of said order to file any additional pleadings in this matter during which time the removal of **Reyes Ruiz-Ortiz** shall be stayed until further order of this Court.

Dated: 1-19-04, ~~2003~~

_____
**Felix Recio**
**United States Magistrate Judge**