AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

JAN 2 2 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

Southern  District of  Texas

REYES RUIZ - ORTIZ

V.

PHILIP D. TUTAK, INTERIM DISTRICT DIRECTOR
JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-03-226

TO: (Name and address of Defendant)

JOHN ASHCROFT,
ATTORNEY GENERAL, USA
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAULA S. WADDLE
107 N. 3RD. ST.
HARLINGEN, TEXAS 78550

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                              12-16-03
CLERK                                          DATE

_MKmy_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **CERTIFIED MAIL #7002 0860 0004 8095 8359 was received by John Ashcroft, Attorney General USA on 12/24/2003**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　__1/15/2004__　　　　*[signature]*
　　　　　　　　　　Date　　　　　　　　Signature of Server

SOUTH TEXAS IMMIGRATION COUNCIL
107 N. 3rd. St.
HARLINGEN, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.