AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  Texas

*United States District Court*
*Southern District of Texas*
*FILED*
*JAN 2 2 2004*
*Michael N. Milby*
*Clerk of Court*

REYES RUIZ - ORTIZ

V.

PHILIP D. TUTAK, INTERIM DISTRICT DIRECTOR

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-03-226

TO: (Name and address of Defendant)

PHILIP D. TUTAK,
INTERIM DISTRICT DIRECTOR
US CIS
1717 Zoy St.
Harlingen, Texas 78550

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAULA S. WADDLE
107 N. 3RD. ST.
HARLINGEN, TEXAS 78550

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                          12-16-03
CLERK                                                     DATE

_mkmry_
BY DEPUTY CLERK

• AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Certiifed Receipt # 7002 2410 0001 9643 9626__
__was received by Philp D. Tutak   on 12/19/2005__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/15/2004__         _[signature]_
                Date                        Signature of Server

SOUTH TEXAS IMMIGRATION COUNCIL
107 N. 3rd. St.
Harlingen, Texas 78550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure