* AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

JAN 2 2 2004

Michael N. Milby
Clerk of Court

_____Southern_____ District of _____Texas_____

REYES RUIZ – ORTIZ

V.

PHILIP D. TUTAK, INTERIM DISTRICT DIRECTOR

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**B-03-226.**

TO: (Name and address of Defendant)

U.S. ATTORNEY
P.O. BOX 61129
HOUSTON, TEXAS 77208

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAULA S. WADDLE
107 N. 3RD. ST.
HARLINGEN, TEXAS 78550

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK

12-16 03

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
      discretion then residing therein.

      Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify):   **Certified Receipt # 7002 0860 0004 8095 8595 was received by
      US ATTORNEY on 12/30/2003**

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **1/15/2004**          _____
                    Date                              *Signature of Server*

**SOUTH TEXAS IMMIGRATION COUNCIL
107 N. 3rd. St.
Harlingen, Texas 78550**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure