IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District C:
Southern District of T:.
FILED

JAN 0 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| REYES RUIZ-ORITEZ, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-03-226 |
| | § | |
| PHILIP D. TUTAK, DHS Interim | § | |
|    District Director for Interior | § | |
|    Enforcement, | § | |
| JOHN ASHCROFT, Attorney | § | |
|    General of the United States | § | |
|    Respondents. | § | |

**NOTICE OF SUBSTITUTION OF COUNSEL
FOR THE UNITED STATES OF AMERICA**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files its notice advising the Court that the undersigned is substituting as attorney-in-charge for the United States of America in the above-referenced cause in the stead of Assistant United States Attorney Stephen Thomas Schammel.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

RENE BENAVIDES
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24025248
Federal I.D. No. 26215

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Notice of Substitution of Counsel for the United States of America was mailed via First-Class Mail to the following:

Ms. Paula S. Waddle
South Texas Immigration Council
107 N. 3rd
Harlingen, Texas 78550

on this the 4 day of January 2005.

RENE BENAVIDES
Assistant United States Attorney

cc: Ms. Lisa Putnam
BICE - Law Department
PO Box 1711
Harlingen, TX 78551