United States District Court
Southern District of Texas
ENTERED
JUN 2 2 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYES RUIZ-ORTIZ | ) |
| | ) |
| v. | ) C.A. No. B-03-226 |
| | ) |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT DIRECTOR FOR INTERIOR ENFORCEMENT, and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES. | ) INS A No. 90 877 983 |

## ORDER GRANTING GRANTING BRIEFING TIME

Upon consideration of the Petitioner's unopposed Motion for time to brief the impact and issues of the REAL ID Act on the instant case, the Court finds that the Motion should be granted.

It is ordered that the Petitioner's counsel shall brief the issues raised by the REAL ID Act as apply to this case within **thirty (30)** days from the date hereof, and that Respondents' counsel may file a response thereto within **twenty (20)** days of service of Petitioner's brief upon Respondents' counsel.

Dated: **June 21, 2005** 2005.

_____
United States Magistrate Judge