United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYES RUIZ-ORTIZ | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-03-226 |
| PHILIP D. TUTAK, DHS INTERIM | § | |
| DISTRICT DIRECTOR FOR | § | |
| INTERIOR ENFORCEMENT, | § | |
| and | § | |
| JOHN ASHCROFT, ATTORNEY | § | |
| GENERAL OF THE | § | |
| UNITED STATES | § | |
| Respondents. | § | |

## ORDER TO TRANSFER

The Defendants' ~~opposed~~ unopposed motion to transfer is GRANTED. This case is transferred to the

United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231,

Section 106. The clerk shall transmit the file forthwith.

Signed on _____, 2005.

_____
United States District Judge